No. 158. BROTHERHOOD OF RAILROAD TRAINMEN ET AL. *v.* O'CONNELL ET AL. C. A. 2d Cir. Certiorari granted. *Arnold B. Elkind* for petitioners. *Ruth Weyand* for respondents.

No. 280. UNITED STATES *v.* SKELLY OIL Co. C. A. 10th Cir. Certiorari granted. *Solicitor General Griswold, Assistant Attorney General Rogovin, Harris Weinstein, Myron C. Baum,* and *Loring W. Post* for the United States. *Robert J. Casey* and *Thomas J. McCoy, Jr.,* for respondent.

No. 291. FEDERAL MARINE TERMINALS, INC. *v.* BURNSIDE SHIPPING Co., LTD. C. A. 7th Cir. Certiorari granted. *Robert C. Keck* for petitioner. *Lucian Y. Ray* for respondent.

No. 306. FORTNER ENTERPRISES, INC. *v.* UNITED STATES STEEL CORP. ET AL. C. A. 6th Cir. Certiorari granted. *John P. Sandidge* for petitioner. *Leo T. Wolford* and *W. H. Buchanan* for respondents.

No. 172. DIRKS ET AL. *v.* BIRKHOLZ ET AL. C. A. 7th Cir. Certiorari granted. Case set to follow No. 158 [*supra*]. *David Previant* and *David Leo Uelmen* for Dirks, *John J. Naughton* for Brotherhood of Railroad Trainmen, and *James P. Reedy* for Chicago, Milwaukee, St. Paul & Pacific Railroad Co., petitioners. *Ruth Weyand* for respondents.

No. 329, Misc. BOYKIN *v.* ALABAMA. Sup. Ct. Ala. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *E. Graham Gibbons* for petitioner. *MacDonald Gallion,* Attorney General of Alabama, and *David W. Clark,* Assistant Attorney General, for respondent.